UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH S. SYLVESTER,

    Plaintiff,

v.

MERCHANTS CREDIT CORPORATION,

    Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant Merchants Credit Corporation is hereby DIRECTED to show cause within thirty (30) days of the date of this minute order (1) why Plaintiff Kenneth S. Sylvester's Motion to Compel, docket no. 12 (the "Motion"), should not be granted; and (2) why the Court should not require Defendant to pay Plaintiff's attorney's fees and costs of $2,612.50 incurred in making the Motion under Fed. R. Civ. P. 37(a)(5)(A). The Motion is RENOTED for Friday, December 15, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to Defendant Merchants Credit Corporation via USPS at 2245 152nd Ave., Redmond, WA 98052, and to Defendant's attorney, Jason L. Woehler, via USPS at 15127 NE 24th St. #403, Redmond, WA 98052.

Dated this 6th day of November, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1