UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH S. SYLVESTER et al.,

    Plaintiffs,

v.

MERCHANTS CREDIT CORPORATION,

    Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) This matter comes before the Court on Plaintiffs' motion to compel discovery, docket no. 12 (the "Motion"), in which Plaintiffs assert that Defendant has failed to respond to certain discovery requests and various attempts to confer. Defendant did not respond to the Motion. On November 6, 2017, the Court ordered Defendant to show cause by December 6, 2017, why the Motion should not be granted and why Plaintiffs should not be awarded their fees in making the Motion. *See* Docket no. 13 (the "Show Cause Order"). Defendant did not respond to the Court's Show Cause Order and the Court has not otherwise heard from Defendant or its counsel since April 17, 2017, when the parties submitted a Joint Status Report, docket no. 9. The Court is unsure whether Defendant or its counsel received the Show Cause Order. Out of an abundance of caution, the Court hereby EXTENDS the deadline to show cause and DIRECTS Defendant to respond to the Show Cause Order no later than February 5, 2018. If no response is received by this date, Defendant may be deemed in default. The Motion, docket no. 12, is RENOTED for February 9, 2018.

(2) The Trial Date of February 12, 2018, and related deadlines set forth in the Minute Order Setting Trial Date and Related Deadlines, docket no. 11, are STRICKEN.

MINUTE ORDER - 1

(3) Plaintiffs' Motion to Extend Deadline for Filing Dispositive Motions, docket no. 14, is STRICKEN as moot.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to Defendant Merchants Credit Corporation, via certified mail, return receipt requested, at 2245 152nd Ave., Redmond, WA 98052, to Defendant's registered agent David W. Quigley, via certified mail, return receipt requested, at 2245 152nd Ave., Redmond, WA 98052, and to Defendant's attorney, Jason L. Woehler, via certified mail, return receipt requested, at 15127 NE 24th St. #403, Redmond, WA 98052.

Dated this 21st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2