UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH S. SYLVESTER AND
LISA ANN SYLVESTER,

           Plaintiffs,

   v.

MERCHANTS CREDIT
CORPORATION d/b/a MERCHANTS
CREDIT ASSOCIATION,

           Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Defendant's response to this Court's order to show cause, *see* docket nos. 13, 15, 19, Plaintiffs' motion to compel, docket no. 12, is STRICKEN as moot. Should Plaintiffs' review of Defendant's discovery answers and responses reveal any remaining deficiencies, Plaintiff is GRANTED leave to refile its motion to compel consistent with this Minute Order. Plaintiffs' request for the fees incurred in bringing the motion, which Defendant does not oppose, *see* docket nos. 12, 19, is GRANTED. Plaintiffs' counsel presents evidence that he spent 4.5 hours in bringing the motion to compel and charges an hourly rate of $275.00. *See* Declaration of Ryan L. McBride, docket no. 12-1, at ¶ 23. The Court accordingly awards Plaintiffs attorney's fees of $1,237.50.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of February, 2018.

                          William M. McCool
                          Clerk

                          s/Karen Dews
                          Deputy Clerk

MINUTE ORDER - 1