UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH S. SYLVESTER AND LEE ANN SYLVESTER,<br><br>        Plaintiff,<br><br>   v.<br><br>MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION,<br><br>        Defendant. | C17-168 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to file a Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) no later than Friday, April 13, 2018. The Court SETS an in-court status conference for Friday, April 27, 2018, at 9:00 a.m.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of April, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 1