UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH S. SYLVESTER and LISA ANN SYLVESTER,

        Plaintiffs,

v.

MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION,

        Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The in-court status conference set for April 27, 2018, *see* docket no. 21, is STRICKEN. The parties' stipulated motion, docket no. 23, is STRICKEN as moot.

(2) Having reviewed the parties' joint status report, docket no. 22, the Court hereby resets the following deadlines:

| | |
|---|---|
| **JURY TRIAL DATE** | January 14, 2019 |
| Disclosure of expert testimony | June 25, 2018 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | August 16, 2018 |

MINUTE ORDER - 1

| | |
|---|---|
| Discovery completion date | September 24, 2018 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | October 25, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | December 13, 2018 |
| Agreed pretrial order due | December 28, 2018 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due | December 28, 2018 |
| Pretrial conference scheduled for | January 4, 2019 at 11:00 a.m. |

(3)  The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of April, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2