UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH S. SYLVESTER and LISA ANN SYLVESTER,

        Plaintiffs,

    v.

MERCHANTS CREDIT CORPORATION, d/b/a MERCHANTS CREDIT ASSOCIATION,

        Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' second motion to compel and request for sanctions, docket no. 25 (the "Motion"), is GRANTED in part and STRICKEN as moot in part. Having reviewed Defendant's belated response to the Motion, docket no. 26, it appears that Defendant has cured its discovery violations. Should Plaintiffs' review of Defendant's discovery answers and responses reveal any remaining deficiencies, Plaintiffs are GRANTED leave to refile their motion to compel consistent with this Minute Order. Plaintiffs' request for the fees incurred in bringing the Motion, which Defendant does not appear to oppose, is GRANTED and Plaintiffs are awarded attorney's fees of $2,550.00.

(2) Defendant is ORDERED to show cause by Monday, July 23, 2018, why the Court should not impose additional sanctions for Defendant's failure to comply with the Court's February 13, 2018, Minute Order, docket no. 20, requiring Defendant to pay Plaintiffs' attorneys fees of $1,237.50 incurred in bringing the first motion to compel.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2018.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk