UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Kenneth S. Sylvester and Lisa Ann Sylvester,<br><br>Plaintiffs,<br><br>v.<br><br>Merchants Credit Corporation d/b/a Merchants Credit Association,<br><br>Defendant. | Case No: 2:17-cv-00168-TSZ<br><br>**Order** |

Pursuant to the Plaintiffs' motion to reopen case, docket no. 34, and for good cause shown, the above-mentioned case is reopened and Plaintiffs may file a motion to enforce the settlement reached in this case. Plaintiffs' motion to enforce settlement is due on July 11, 2019.

Date: June 10, 2019.

Thomas S. Zilly
United States District Judge