# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

KENNETH S. SYLVESTER AND
LEE ANN SYLVESTER,

        Plaintiff,

    v.

MERCHANTS CREDIT
CORPORATION d/b/a MERCHANTS
CREDIT ASSOCIATION,

        Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Plaintiff's Status Report, docket no. 38, the Court hereby sets the following dates and deadlines:

| **JURY TRIAL DATE (1 day)** | **January 13, 2020** |
|---|---|
| Dispositive motions filing deadline | October 10, 2019 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | October 17, 2019 |
| Motions in limine filing deadline | November 28, 2019 |

MINUTE ORDER - 1

| Agreed pretrial order due[1] | December 27, 2019 |
|---|---|
| Trial briefs, proposed voir dire questions, and jury instructions due | December 27, 2019 |
| Pretrial conference | January 7, 2020 at 1:30 p.m. |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 11th day of September, 2019.

                                       William M. McCool
                                       Clerk

                                       s/Karen Dews
                                       Deputy Clerk

---

[1] The Agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.