UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH S. SYLVESTER, et al.,

    Plaintiffs,

v.

MERCHANTS CREDIT CORPORATION,

    Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' Motion for Attorneys' Fees and Costs, docket no. 46, is GRANTED. The Court granted Plaintiffs' Motion for Summary Judgment, docket no. 44, on December 11, 2019. Plaintiffs are entitled to reasonable attorneys' fees and costs as the prevailing party pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692k(a)(3). In Opposition to the Motion, Defendants do not contest the amount of requested costs, that Plaintiffs are entitled to fees as the prevailing party pursuant to the FDCPA, or the requested hourly rate of $350. Rather, Defendants contend that the number of hours that Plaintiffs spent litigating this case is unreasonable because this is a "very simple case where [Defendant] intentionally did not provide much opposition." Defendant's Response, docket no. 47 at 1. Plaintiffs, however, submitted documentation including detailed billing records, exhibits, and affidavits that reveal Defendant's efforts to obstruct and ignore Plaintiffs and otherwise delay litigation. For example, Defendant failed to timely answer the Complaint (docket no. 8), failed to provide responses to discovery requests on multiple occasions (docket nos. 12 & 25), and failed to respond to Plaintiffs' communications throughout the case (McBride Decl., docket no. 46-1, ¶¶ 9, 14, 15, 17, 24). Defendant does not dispute Plaintiffs' recitation of

the procedural history of this case.  The record shows that Defendant turned an otherwise uncomplicated matter into protracted litigation lasting nearly three years, requiring unnecessary work from both Plaintiffs' counsel and this Court.  The Court is satisfied that the number of hours Plaintiffs spent litigating this case is reasonable in light of the record.  The Court AWARDS Plaintiffs $23,940 in attorneys' fees and $581.31 in costs, for a total award of $24,521.31.

    (2)    The Clerk is DIRECTED to enter a supplemental judgment consistent with this Minute Order and to send a copy of this Minute Order and the supplemental judgment to all counsel of record.

Dated this 18th day of February, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk