UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KENNETH S. SYLVESTER; and LISA ANN SYLVESTER,<br><br>Plaintiffs,<br><br>v.<br><br>MERCHANTS CREDIT CORPORATION d/b/a MERCHANTS CREDIT ASSOCIATION,<br><br>Defendant. | C17-168 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' Notice of Settlement, docket no. 71, Plaintiff's motion for attorney fees and costs, docket no. 66, is STRICKEN without prejudice to refiling within sixty (60) days of the date of this Minute Order in the event that the parties do not perfect their settlement.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of December, 2021.

Ravi Subramanian<br>
Clerk<br><br>
s/Gail Glass<br>
Deputy Clerk

MINUTE ORDER - 1