UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH S. SYLVESTER; and
LISA ANN SYLVESTER,

          Plaintiffs,

v.

MERCHANTS CREDIT CORPORATION,

          Defendant.

C17-168 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Clerk closed this case on December 13, 2019. Accordingly, the parties' stipulated motion for dismissal, docket no. 74, is STRICKEN as moot.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of January, 2022.

          Ravi Subramanian
          Clerk

          s/Gail Glass
          Deputy Clerk

MINUTE ORDER - 1